THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT BLYDEN, Appellant, v. WILFRED L. DENNO, Warden of Sing Sing Prison, Respondent.

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur.

VALLEY NATIONAL BANK OF LONG ISLAND, Respondent, v. SIDNEY J. GURAN, Respondent, et al., Defendants, and CASPER GARBER, Appellant. —

Christ, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.